262 So.2d 776

In re Arthur SINGLETON

v.

STATE.

Ex parte Arthur Singleton.

8 Div. 448.

Supreme Court of Alabama.

April 20, 1972.

Arthur Parker, Parker, Wilkinson & Gwin, Birmingham, for petitioner.

William J. Baxley, Atty. Gen., for the State.

PER CURIAM:

Petition of Arthur Singleton for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Singleton v. State, 48 Ala.App. 157, 262 So.2d 772.

Writ denied.

HEFLIN, C. J., and COLEMAN, HARWOOD, BLOODWORTH and McCALL, JJ., concur.

259 So.2d 845

In re Homer SLAUGHTER, alias

v.

STATE.

Ex parte Homer Slaughter.

6 Div. 958.

Supreme Court of Alabama.

March 30, 1972.

J. Louis Wilkinson and Charles Crowder, Birmingham, for petitioner.

William J. Baxley, Atty. Gen., for the State.

MERRILL, Justice.

Petition of Homer Slaughter, alias, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Slaughter v. State, 47 Ala.App. 634, 259 So.2d 840.

Writ denied.

HEFLIN, C. J., and LAWSON, HARWOOD and MADDOX, JJ., concur.